# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STAN MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04-00797-CG-B |
| | ) |
| WARDEN JERRY FERRELL, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with this court's order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is hereby entered in favor of defendants Warden Jerry Ferrell, Assistant Warden Walter Myers, Correctional Officer Supervisor Tony Patterson, Correctional Officer Supervisor Albert Williams, Correctional Officer Supervisor Steven Lane, and Correctional Officer Charles Andrews and against plaintiff Stan Moore on all claims.  Therefore, this action is **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 17th day of August, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE